# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BILLY ROBBINS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CENTRAL OF GEORGIA ) | Case No. CV415-165 |
| RAILROAD COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Because the parties have stipulated to the with-prejudice dismissal of this case per Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court **DENIES** as moot plaintiffs' Motion to Compel. Doc. 26. This case is now **CLOSED**.

**SO ORDERED,** this  18th  day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA